UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| GEORGE MCLAUGHLIN, | Case No. 3:14-cv-349 |
| Plaintiff, | Judge Thomas M. Rose |
| | Magistrate Judge Michael J. Newman |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

**ENTRY AND ORDER: (1) GRANTING THE JOINT STIPULATION TO REMAND TO THE COMMISSIONER (DOC. 11); (2) VACATING THE PRIOR NON-DISABILITY FINDING; (3) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR PROCEEDINGS CONSISTENT WITH THIS ORDER; AND (4) TERMINATING THIS CASE ON THE COURT'S DOCKET**

This Social Security disability benefits appeal is before the Court on the parties' Joint Stipulation To Remand To The Commissioner (Doc. 11) pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Due notice having been given, and the Court being fully advised, it is hereby ORDERED that:

(1) The Joint Stipulation To Remand To The Commissioner (Doc. 11) is GRANTED;

(2) The Commissioner's prior non-disability finding shall be VACATED;

(3) This case shall be REMANDED to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g), including reevaluation and explanation of the weight given to the medical opinions, reevaluation of Plaintiff's substance abuse under SSR 13-2p, reconsideration of Plaintiff's credibility, reevaluation of Plaintiff's residual functional capacity, and, if necessary, to obtain supplemental evidence from a vocational expert to clarify the effect of the reassessed limitations on Plaintiff's occupational base; and

(4) This case is TERMINATED on this Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, June 30, 2015.

                     s/Thomas M. Rose

               _____
                  THOMAS M. ROSE
             UNITED STATES DISTRICT JUDGE